WILLIAM POWERS, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the evidence, and the. findings of fact implied in the verdict of the jury that the defendant was negligent and the plaintiff

free from contributory negligence are disapproved. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.